JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN MAURICE ROBINSON, | Case No. CV 18-10636-MWF (PJW) |
| Petitioner, | |
| v. | J U D G M E N T |
| WARDEN FELIPE MARTINEZ, | |
| Respondent. | |

Pursuant to the Order Dismissing Petition With Prejudice,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: July 31, 2019

*(signature)*
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE